

# Fourth Court of Appeals
## San Antonio, Texas

March 5, 2020

No. 04-20-00124-CV

Billy **STONE** d/b/a Stobil Enterprise and All Occupants,
Appellant

v.

**K CLARK PROPERTY MANAGEMENT LLC,** Agent for Trans Ventura LLC Series B,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2020CV00366
Honorable J Frank Davis, Judge Presiding

# O R D E R

On March 5, 2020, appellant filed an Amended Motion for Stay of Writ Pending Appeal. After consideration, we **DENY** the motion.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of March, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court